# Third District Court of Appeal
## State of Florida

Opinion filed June 5, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0119
Lower Tribunal No. F05-30471
_____

**Randy Chaviano,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Randy Chaviano, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and EMAS and GORDO, JJ.

PER CURIAM.

Affirmed.